UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DAVID SPRALLING

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 08636

Defendant DAVID SPRALLING hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

X        Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer


/s/ by Martin Cohen on behalf of Mr. Spralling
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Martin Cohen
Defendant's Counsel's Signature


David Spralling
Print Defendant's Name

Martin Cohen
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_8/24/2020_____
Date

_[signature]_____
U.S. District Judge/U.S. Magistrate Judge